435 A.2d 1332

Commonwealth v. Lewis, Appellant.
Petition for Allowance of Appeal Denied Nov. 13, 1981.

Argued September 8, 1980. Joel

S. Moldovsky, for appellant; Maxine J. Stotland, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.